AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

LARS A. BRENNAN,

    Plaintiffs,

    V.

HAWAIIAN AIRLINES INC.; HAWAIIAN HOLDINGS, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case: 1:22-CV-00481-HG-WRP

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> **Sep 30, 2025, 7:19 am**
> LUCY H. CARRILLO, CLERK OF COURT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER Granting Defendants Hawaiian Airlines, Inc. and Hawaiian Holdings, Inc's Motion For Summary Judgment (ECF No. 122) ", ECF No. 138, filed on September 29, 2025. The Clerk of Court is ORDERED to enter Judgment in favor of Defendants Hawaiian Airlines Inc. and Hawaiian Holdings, Inc. and to CLOSE THE CASE.

    September 30, 2025                            LUCY H. CARRILLO

Date                                                             Clerk

                                                               /s/ LUCY H. CARRILLO by CB

                                                               (By) Deputy Clerk